# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Patricia Ray,**

    **Plaintiff,**

                                                    **Case No.: 2:08-cv-1086**
                                                  **Judge Smith**

**-V-**                                                   **Magistrate Judge King**

**The Franklin County**
**Board of Elections,** *et al.***,**

    **Defendants.**

## PRELIMINARY AND PERMANENT INJUNCTION

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order (Doc. 7). In its Opinion and Order (Doc. 11), the Court examined the four preliminary and permanent injunction factors together and concludes that the issuance of a preliminary and permanent injunction is necessary in this case. Defendant Secretary of State Jennifer Brunner is hereby ordered:

1. To make all reasonable accommodations to allow Plaintiff and other similarly-situated, disabled persons who are confined to their homes and cannot travel to the County Boards of Elections to correct the deficiencies in their absentee ballots.

2. Plaintiff and other homebound, disabled persons must notify their respective County Board of Elections to request such an accommodation, and such accommodation must be completed by the close of business Friday, November 21, 2008.

IT IS SO ORDERED.

                                                     */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**

**DATED: November 17, 2008**